Claudia A. Costa, Esq. (Bar No.: 034261989)
Aimée S. Lin, Esq. (Bar No.: 039532012)
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association*
*(incorrectly pleaded as USA Fencing), Jessica Saxon and Shannon Daugherty*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, <br><br> Plaintiff, <br><br> v. <br><br> MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY, <br><br> Defendants. | Civil Action No. <br><br><br> **DEFENDANT USA FENCING ASSOCIATION'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), certifies that no publicly-held corporation owns 10% or more of USAF's shares.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: */s/ Claudia A. Costa*
Claudia A. Costa, Esq.

Dated: July 2, 2026

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2026, I caused to be served the foregoing Rule

7.1 Disclosure by electronic and regular mail upon the following:

Susan M. Cirilli, Esq.
**SPECTOR GADON ROSEN VINCI P.C.**
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
215-241-8887
scririlli@sgrvlaw.com

I hereby certify that the foregoing statements by me are true. I am aware that if any of the

foregoing statements by me are willfully false, I am subject to punishment.


*/s/ Claudia A. Costa*
CLAUDIA A COSTA

Dated: July 2, 2026

2