Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association (incorrectly pleaded as USA Fencing),*
*Jessica Saxon, Create a Legacy Not a Moment, Inc.,*
*and Shannon Daugherty*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, <br><br> Plaintiff, <br><br> v. <br><br> MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY, <br><br> Defendants. | Civil Action No. 1:26-cv-8140 <br><br><br> **APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT PURSUANT TO LOCAL CIV. R. 6.1(b)** |

Defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty, collectively, "Defendants," by their attorneys, Goldberg Segalla LLP, hereby apply for a Clerk's Order extending time within which Defendant may answer, move, or otherwise reply to the Complaint filed by plaintiff Dinah Yukich ("Plaintiff") herein; in support of this application, Defendants state as follows:

1.     Defendant USAF removed this action to this court on July 2, 2026;

2.     The current deadline for Defendants' Answers and/or motions is July 9, 2026.

3.      Defendants hereby request a 14-day extension to answer, move, or otherwise reply to Plaintiff's Complaint; and

4.      Defendant has not made a previous request for an extension before this court.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: _/s/ Claudia A. Costa_
Claudia A. Costa, Esq.
Aimée S. Lin, Esq.

711 Third Avenue, Suite 1900
New York, New York 10017-4013
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty*

Dated: July 8, 2026

**ORDER**

The above application is ORDERED GRANTED. Defendant's time to answer, move or otherwise reply to the Complaint is extended to July 23, 2026.

Dated:_____, 2026

MELISSA E. RHOADS, Clerk of Court

By:_____
        Deputy Clerk

2