Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association (incorrectly pleaded as USA Fencing),*
*Jessica Saxon, Create a Legacy Not a Moment, Inc.,*
*and Shannon Daugherty*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, | Civil Action No. 2:26-cv-8140-KSH-AME |
| Plaintiff, | |
| v. | |
| MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY, | **NOTICE OF MOTION TO DISMISS** |
| Defendants. | |

TO:    All Counsel of Record

**PLEASE TAKE NOTICE** that, defendants Miles Chamley-Watson ("Chamley-Watson"), USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Jessica Saxon, Create a Legacy Not a Moment, Inc. ("Legacy"), and Shannon Daugherty ("Daugherty") (collectively, "Defendants") will move before the Hon. Katharine S. Hayden, at the Frank R. Lautenberg Post Office and Courthouse, Courtroom 5, Newark, New Jersey 07102 on August 17, 2026, at 10 a.m. or other date and time as set by the Court, for an Order:

Dismissing Plaintiff's Complaint in its entirety and with prejudice, pursuant to Federal

Rule of Civil Procedure 12(b)(2), or, in the alternative, staying this action pending required arbitration; or

Dismissing Plaintiff's Complaint in its entirety and with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted; or

Dismissing Plaintiff's Complaint in its entirety and with prejudice, pursuant to forum non conveniens, as to defendants Chamley-Watson, USAF, Legacy, and Daugherty.

Defendants will rely upon the attached Brief and Certification of Claudia A. Costa, Esq., together with exhibits, in support of this Motion.

A proposed form of Order is attached.

Oral argument is requested.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**

By: */s/ Claudia A. Costa*
Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Miles Chamley- Watson, USA Fencing*
*Association (incorrectly pleaded as USA*
*Fencing), Jessica Saxon, Create a Legacy*
*Not a Moment, Inc., and*
*Shannon Daugherty*

Dated: July 23, 2026

2