Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association (incorrectly pleaded as USA Fencing),*
*Jessica Saxon, Create a Legacy Not a Moment, Inc.,*
*and Shannon Daugherty*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY,<br><br>Defendants. | Civil Action No. 2:26-cv-8140-KSH-AME<br><br>**CERTIFICATION OF CLAUDIA A. COSTA, ESQ. IN SUPPORT OF MOTION TO DISMISS BY DEFENDANTS** |

I, Claudia A. Costa, Esq., of full age, hereby certify as follows:

1.      I am an attorney admitted to practice law before this Court and represent defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty (collectively, "Defendants") in the above-captioned matter. I make this Certification in Support of the Motion to Dismiss by Defendants to dismiss the Complaint of plaintiff Dinah Yukich ("Plaintiff").

2.      Attached as Exhibit A is a true and correct copy of Plaintiff's Complaint in this matter.

54755505

3.     Attached as Exhibit B is a true and correct copy of 2025-26 Individual Membership Waiver executed by Plaintiff.

4.     Attached as Exhibit C is a true and correct copy of the unpublished decision in *Vaughn v. JP Morgan Chase & Co.*, No. 24-1016, 2025 U.S. App. LEXIS 31931 (10th Cir. Dec. 8, 2025)

5.     Attached as Exhibit D is a true and correct copy of the unpublished decision in *Oliver v. Funai Corp.*, No. 14-4532, 2015 U.S. Dist. LEXIS 169998 (D.N.J. Dec. 21, 2015).

6.     Attached as Exhibit E is a true and correct copy of the unpublished decision in *Petrucelli v. Rusin*, 642 Fed. Appx. 108 (3d Cir. 2016), cert. denied, 580 U.S. 923 (2016).

7.     Attached as Exhibit F is a true and correct copy of the unpublished decision in *Nelligan v. Zaio Corp.*, No. 10-1408, 2011 U.S. Dist. LEXIS 28628 (D.N.J. Mar. 21, 2011).

8.     Attached as Exhibit G is a true and correct copy of the unpublished decision in *Nicholas v. Saul Stone & Co., LLC*, No. 97-860, 1998 U.S. Dist. LEXIS 22977 (D.N.J. June 30, 1998).

9.     Attached as Exhibit H is a true and correct copy of the unpublished decision in *Dames v. United States Ctr. for SafeSport*, No. 25-3503, 2026 U.S. Dist. LEXIS 657 (N.D. Ill. Jan. 5, 2026).

10.     Attached as Exhibit I is a true and correct copy of the unpublished decision in *Jevremovic v. Courville*, No. 22-4969, 2025 U.S. Dist. LEXIS 131994 (D.N.J. July 11, 2025,) appeal filed, Aug. 13, 2025, No. 25-2553.

11.     Attached as Exhibit J is a true and correct copy of the unpublished decision in *Tech. Dev. Co. v. Onischenko*, 174 Fed. Appx. 117 (3d Cir. 2006).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

By: */s/ Claudia A. Costa*
Claudia A. Costa, Esq.

Dated: July 23, 2026

3