Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association (incorrectly pleaded as USA Fencing),*
*Jessica Saxon, Create a Legacy Not a Moment, Inc.,*
*and Shannon Daugherty*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH, | Civil Action No. 2:26-cv-8140-KSH-AME |
| Plaintiff, | |
| v. | |
| MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY, | **PROPOSED ORDER** |
| Defendants. | |

**THIS MATTER** having come before the Court on the motion of Goldberg Segalla LLP, attorneys for defendants Miles-Chamley-Watson ("Chamley-Watson"), USA Fencing Association (incorrectly pleaded as USA Fencing) ("USAF"), Jessica Saxon, Create a Legacy Not a Moment, Inc. ("Legacy"), and Shannon Daugherty ("Daugherty"), for an Order dismissing the Complaint of plaintiff Dinah Yukich ("Plaintiff"):

Pursuant to Federal Rule of Civil Procedure 12(b)(2), dismissing the Complaint in its entirety and with prejudice, or, in the alternative, staying this action pending required arbitration; or

Pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint in its entirety and with prejudice for failure to state a claim upon which relief may be granted: or

Pursuant to forum non conveniens, dismissing the Complaint in its entirety and with prejudice as to defendants Chamley-Watson, USAF, Legacy, and Daugherty; and

The Court having considered the moving papers and argument of counsel, if any, and for good cause shown,

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that the Motion of defendant Premier is hereby **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint is hereby dismissed in its entirety and with prejudice.

_____
, U.S.D.J.

Dated: _____, 2026

[   ] Opposed

[   ] Unopposed

2