Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association (incorrectly pleaded as USA Fencing),*
*Jessica Saxon, Create a Legacy Not a Moment, Inc.,*
*and Shannon Daugherty*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DINAH YUKICH, | Civil Action No. 2:26-cv-8140-KSH-AME |
| Plaintiff, | |
| v. | |
| MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I, Claudia A. Costa, hereby certify that true and correct copies of the foregoing Notice of Motion to Dismiss by defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty (collectively, "Defendants"), Certification of Claudia A. Costa, Esq., together with exhibits, brief in support, and Proposed Order were served via CM/ECF on this 23rd day of July, 2026 upon all counsel of record.

Dated: July 23, 2026                    */s/ Claudia A. Costa*
                                        Claudia A. Costa, Esq.