

**SPECTOR
GADON
ROSEN
VINCI** P.C.
Attorneys at Law

sgrvlaw.com

**G. Vincent Tese, Esquire**
Direct Dial Number
P 215.241.8873
Direct Fax Number
F 215.531.8873
gtese@sgrvlaw.com

One Logan Square
130 N. 18th Street
Suite 1800
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

360 Central Avenue
Suite 1550
St. Petersburg, FL 33701
P: 727.896.4600
F: 727.896.4604

One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
P: 856.988.5490
F: 856.722.5344

305 Broadway
7th Floor
New York, NY 10007
P: 212.520.1195

Admitted to practice:
New Jersey
New York
Pennsylvania
Texas

July 28, 2026

***VIA USPS FIRST CLASS MAIL TO:***
Hon. Katharine S. Hayden
United States District Judge
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

**Re: *Yukich v. Chamley-Watson, et al.*, Civil Action No. 2:26-cv-08140-KSH-AME -- Plaintiff's Request for Automatic Adjournment of Defendants' Motion to Dismiss Pursuant to L.Civ.R. 7.1(d)(5)**

Dear Judge Hayden:

This firm represents Plaintiff Dinah Yukich. We write to invoke the one-time adjournment available to Plaintiff as the party opposing Defendants' motion to dismiss under Local Civil Rule 7.1(d)(5).

Defendants filed their motion to dismiss on July 23, 2026, returnable August 17, 2026 (the "original motion day"). Under Local Civil Rule 7.1(d)(2), Plaintiff's opposition would otherwise be due on August 3, 2026, fourteen days before the original motion day. Accordingly, this letter is being filed before the date on which Plaintiff's opposition to the Defendants' motion to dismiss would otherwise be due.

The original motion day of Defendants' motion to dismiss has not previously been extended or adjourned. Per the Court's published motion days, the next available motion day is September 8, 2026 (the "new motion day"). Plaintiff shall file its opposition papers at least 14 days prior to the new motion day, and the Defendants shall file their reply papers, if any, at least seven days prior to the new motion day.

We thank the Court for its attention to this matter and are available at the Court's convenience.

Very truly yours,

G. Vincent Tese, Esquire

cc: All Counsel of Record (by email and CM/ECF)

FLORIDA    -    NEW JERSEY    -    NEW YORK    -    PENNSYLVANIA