SPECTOR GADON ROSEN VINCI P.C.
By:      Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone:  (215) 241-8887
Email:  scirilli@sgrvlaw.com
*Attorneys for Plaintiff, Dinah Yukich*

| | |
|---|---|
| DINAH YUKICH | |
|   Plaintiff, | |
|   v. | No. 2:26-cv-8140-KSH-AME |
| MILES CHAMLEY-WATSON, USA FENCING ASSOCIATION, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY | **NOTICE OF MOTION TO REMAND** |
|   Defendants. | |

TO:

Aimee S. Lin, Esq.
Claudia A. Costa, Esq.
GOLDBERG SEGALLA LLP
301 Carnegie Center, Suite 200
Princeton, New Jersey  08540-6587

**PLEASE TAKE NOTICE** that on September 8, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff Dinah Yukich shall move before the Honorable Katharine S. Hayden, at the Frank R. Lautenberg Post Office and Courthouse, Courtroom 5, Newark, New Jersey 07102 for an Order:

Remanding the action to be heard in the Superior Court of New Jersey Law Division: Civil Part (Atlantic County) pursuant to 28 U.S.C.A. §1447(c).

Payment by of costs, expenses, including attorneys fees incurred as a result of Defendant USA Fencing's Petition for Removal, pursuant to 28 U.S.C.A. §1447(c).

Plaintiff relies upon the attached Brief and Certification of Susan M. Cirilli, Esq., together with exhibits in support of this Motion.

A proposed form of Order is attached.

**SPECTOR GADON ROSEN VINCI P.C.**

Dated: <u>July 31, 2026</u>          <u>*/s/ Susan M. Cirilli, Esq.*</u>
                                **SUSAN M. CIRILLI, ESQUIRE**
                                One Logan Square, Suite 1800
                                130 N. 18th Street
                                Philadelphia, PA 19103
                                (215) 241-8887
                                scirilli@sgrvlaw.com

                                Attorney for Plaintiff Dinah Yukich