SPECTOR GADON ROSEN VINCI P.C.
By:     Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone:  (215) 241-8887
Email:  scirilli@sgrvlaw.com
*Attorneys for Plaintiff, Dinah Yukich*

DINAH YUKICH

        Plaintiff,

   v.

MILES CHAMLEY-WATSON, USA
FENCING ASSOCIATION, JESSICA SAXON,
CREATE A LEGACY NOT A MOMENT,
INC., and SHANNON DAUGHERTY

        Defendants.

No. 2:26-cv-8140-KSH-AME

**PROPOSED ORDER**

**THIS MATTER** having come before the Court on motion of Spector Gadon Rosen & Vinci, attorneys for Plaintiff, for an Order remanding this matter to the Superior Court of New Jersey Law Division: Civil Part (Atlantic County).

**IT IS SO ORDERED** that upon review of Plaintiff's Motion for Remand, Plaintiff's motion is **GRANTED**, and this matter shall be remanded to the Superior Court of New Jersey Law Division: Civil Part (Atlantic County).

**IT IS FURTHER ORDERED** that payment by of costs, expenses, including attorneys fees incurred as a result of Defendant USA Fencing's Petition for Removal.

_____

U.S.D.J.

Dated:_____, 2026