# EXHIBIT A

## Civil Part Case Summary

**Case Number:** ATL L-001024-26

**Case Caption:** Yukich Dinah  Vs Chamley-Watson Miles

| | | |
|---|---|---|
| **Court:**  Civil Part | **Venue:**  Atlantic | **Case Initiation Date:**  05/19/2026 |
| **Case Type:** Civil Rights | **Case Status:**  Closed | **Jury Demand:**  12 Jurors |
| **Case Track:**  3 | **Judge:**  Danielle J Walcoff | **Team:**  202 |
| **Original DED:**  08/27/2027 | **Current DED:** 08/27/2027 | **# of DED Extensions:**  0 |
| **Original Arb Date:** | **Current Arb Date:** | **# of Arb Adjournments:**  0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Adjournments:** 0 |
| **Disposition Date:** 07/02/2026 | **Case Disposition:**  Transferred To Another Court | **Statewide Lien:** |

**Plaintiffs**

**Dinah  Yukich**

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** | | |
| **Address Line 2:** | | |
| **City:** | **State:** | **Zip:** 00000 |
| **Attorney Name:** Cirilli Susan M | | **Attorney Bar ID:** 017972012 |
| **Attorney Email:** | | |

**Defendants**

**Miles  Chamley-Watson**

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** 888 Seventh Avenue, Floor 4 | | |
| **Address Line 2:** | | |
| **City:** New York | **State:** NY | **Zip:** 10106 |
| **Attorney Name:** Costa          Claudia  A | | **Attorney Bar ID:** 034261989 |
| **Attorney Email:** | | |

**Create A Legacy Not A Moment, Inc.**

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** 888 Seventh Avenue, Floor 4 | | |
| **Address Line 2:** | | |
| **City:** New York | **State:** NY | **Zip:** 10106 |
| **Attorney Name:** | | **Attorney Bar ID:** |
| **Attorney Email:** | | |

**Usa Fencing**

| | | |
|---|---|---|
| **Party Description:** Business | **Phone:** | |
| **Address Line 1:** 210 Usa Cylcing Point, Suite 120 | | |
| **Address Line 2:** | | |
| **City:** Colorado Springs | **State:** CO | **Zip:** 80919 |
| **Attorney Name:** Costa          Claudia  A | | **Attorney Bar ID:** 034261989 |
| **Attorney Email:** | | |

**Shannon  Daugherty**

| | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** 210 Usa Cycling Point, Suite 120 | | |
| **Address Line 2:** | | |
| **City:** Colorado Springs | **State:** CO | **Zip:** 80919 |
| **Attorney Name:** Costa          Claudia  A | | **Attorney Bar ID:** 034261989 |

**Attorney Email:**

| Jessica  Saxon | | |
|---|---|---|
| **Party Description:** Individual | **Phone:** | |
| **Address Line 1:** 210 Usa Cycling Point | | |
| **Address Line 2:** Suite 120 | | |
| **City:** Colorado Springs | **State:** CO | **Zip:** 80919 |
| **Attorney Name:** Costa          Claudia  A | | **Attorney Bar ID:** 034261989 |

**Attorney Email:**

### Case Proceeding

| Proceeding Date | Actual Time | Court Room | Judge Name | Proceeding Description | Motion Type | Proceeding Status | Motion Status |
|---|---|---|---|---|---|---|---|
| 07/17/2026 | 09:00 | REMOT | DANIELLE J WALCOFF | MOTION HEARING | MOTION TO SUBSTITUTE SERVICE | COMPLETED | CM |

### ACMS Documents

| Filed Date | Doc Number | Document Type | Filing Party | Doc Status | CO ID | Type | Date Served | Service Status | Party Served |
|---|---|---|---|---|---|---|---|---|---|
| 05/19/2026 | 001 | COMP JRY DEMAND | YUKICH | | | | | | |
| 05/27/2026 | 002 | SUMMONS | YUKICH | | | | | | |
| 06/03/2026 | 003 | APP 1ST PAP DEF | CHAMLEY-WATSON | | | | | | |
| 06/03/2026 | 004 | NOTC APPEARANCE | CHAMLEY-WATSON | | | | | | |
| 06/22/2026 | 005 | MOTN SUB SRVICE | YUKICH | DN | | | | | |
| 06/22/2026 | 006 | SUMMONS | YUKICH | | | | | | |
| 07/02/2026 | 007 | NOTICE REMOVAL | CHAMLEY-WATSON | | | | | | |
| 07/17/2026 | 008 | ORDR SUB SRVICE | YUKICH | DN | | | | | |

### Case Actions

| Filed Date | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|
| 05/19/2026 | Complaint with Jury Demand for ATL-L-001024-26 submitted by CIRILLI, SUSAN M, SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON | LCV20261350747 | 05/19/2026 |
| 05/20/2026 | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20261350908 | 05/20/2026 |
| 05/21/2026 | SUMMONS submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES  CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON  DAUGHERTY, JESSICA  SAXON | LCV20261380276 | 05/21/2026 |
| 05/21/2026 | SUMMONS submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES  CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON  DAUGHERTY, JESSICA  SAXON | LCV20261380315 | 05/21/2026 |
| 05/21/2026 | SUMMONS submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES  CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON  DAUGHERTY, JESSICA  SAXON | LCV20261380400 | 05/21/2026 |
| 05/21/2026 | SUMMONS submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES  CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON  DAUGHERTY, JESSICA  SAXON | LCV20261380408 | 05/21/2026 |

| | | | |
|---|---|---|---|
| 05/21/2026 | SUMMONS submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON | LCV20261380428 | 05/21/2026 |
| 05/27/2026 | AFFIDAVIT OF SERVICE submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON | LCV20261414806 | 05/27/2026 |
| 06/03/2026 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by LIN, AIMEE, S of GOLDBERG SEGALLA LLP on behalf of MILES CHAMLEY-WATSON, USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON against DINAH YUKICH | LCV20261490521 | 06/03/2026 |
| 06/03/2026 | NOTICE OF APPEARANCE (NOT THE FIRST PAPER) submitted by COSTA, CLAUDIA, ALEJANDRA of GOLDBERG SEGALLA LLP on behalf of MILES CHAMLEY-WATSON, USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON against DINAH YUKICH | LCV20261490615 | 06/03/2026 |
| 06/05/2026 | SUMMONS submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON DAUGHERTY | LCV20261516343 | 06/05/2026 |
| 06/22/2026 | AFFIDAVIT OF SERVICE submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON | LCV20261655634 | 06/22/2026 |
| 06/22/2026 | AFFIDAVIT OF SERVICE submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against MILES CHAMLEY-WATSON, CREATE A LEGACY NOT A MOMENT, INC., USA FENCING, SHANNON DAUGHERTY, JESSICA SAXON | LCV20261655666 | 06/22/2026 |
| 06/22/2026 | MOTION TO SUBSTITUTE SERVICE submitted by CIRILLI, SUSAN, M of SPECTOR GADON ROSEN VINCI PC on behalf of DINAH YUKICH against CREATE A LEGACY NOT A MOMENT, INC. | LCV20261663270 | 06/23/2026 |
| 06/23/2026 | The motion filed on 06/22/2026 will be decided on 07/17/2026. Do not come to the courthouse because no oral argument has been requested. The court's decision will be provided to you. Re: MOTION TO SUBSTITUTE SERVICE [LCV20261663270] | LCV20261664347 | 06/23/2026 |
| 07/02/2026 | NOTICE OF REMOVAL submitted by COSTA, CLAUDIA, ALEJANDRA of GOLDBERG SEGALLA LLP on behalf of USA FENCING against DINAH YUKICH | LCV20261761329 | 07/02/2026 |
| 07/17/2026 | ORDER SUBSTITUTE SERVICE-Denied by Judge WALCOFF, DANIELLE, J re: MOTION TO SUBSTITUTE SERVICE [LCV20261663270] | LCV20261883089 | 07/17/2026 |