# EXHIBIT B

Claudia A. Costa, Esq. (Bar No.:034261989)
Aimée S. Lin, Esq. (Bar No.: 039532012)
**GOLDBERG SEGALLA LLP**
301 Carnegie Center, Suite 200
Princeton, NJ 08540-6587
609-986-1300
609-986-1301 (Facsimile)
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Miles Chamley-Watson, USA Fencing Association*
*(incorrectly pleaded as USA Fencing),*
*Jessica Saxon and Shannon Daugherty*

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., SHANNON DAUGHERTY,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br>DOCKET NO: ATL-L-1024-26<br><br>Civil Action<br><br><br>**NOTICE OF APPEARANCE OF**<br>**AIMÉE S. LIN, ESQ.** |

   Aimée S. Lin, Esq. of Goldberg Segalla LLP hereby enters an appearance as attorney for defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, and Shannon Daugherty in this matter.  Kindly send copies of court notices to her at alin@goldbergsegalla.com.

             **GOLDBERG SEGALLA LLP**


       By: */s/ Aimée S. Lin*
        Aimee S. Lin, Esq.

        *Attorneys for Defendants*
        *Miles Chamley-Watson, USA Fencing Association*
        *(incorrectly pleaded as USA Fencing),*
        *Jessica Saxon and Shannon Daugherty*

Dated: June 3, 2026

Claudia A. Costa, Esq. (Bar No.:034261989)
Aimée S. Lin, Esq. (Bar No.: 039532012)
**GOLDBERG SEGALLA LLP**
301 Carnegie Center, Suite 200
Princeton, NJ 08540-6587
609-986-1300
609-986-1301 (Facsimile)
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com

*Attorneys for Defendants*
*Miles Chamley-Watson, USA Fencing Association*
*(incorrectly pleaded as USA Fencing),*
*Jessica Saxon and Shannon Daugherty*

| | |
|---|---|
| DINAH YUKICH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., SHANNON DAUGHERTY,<br><br>　　　　Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br>DOCKET NO: ATL-L-1024-26<br><br>Civil Action<br><br><br>**NOTICE OF APPEARANCE OF<br>CLAUDIA A. COSTA, ESQ.** |

　　　　Claudia A. Costa, Esq. of Goldberg Segalla LLP hereby enters an appearance as attorney for defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, and Shannon Daugherty in this matter.  Kindly send copies of court notices to her at ccosta@goldbergsegalla.com.

　　　　　　　　　　　　**GOLDBERG SEGALLA LLP**


　　　　　　　　　　By: */s/ Claudia A. Costa*
　　　　　　　　　　　　Claudia A. Costa, Esq.

　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　*Miles Chamley-Watson, USA Fencing Association*
　　　　　　　　　　　　*(incorrectly pleaded as USA Fencing),*
　　　　　　　　　　　　*Jessica Saxon and Shannon Daugherty*

Dated: June 3, 2026