# EXHIBIT C

# REDACTED

███████
█
██    ███
███

█████████████████████████

███████████████

---

**From:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Sent:** Monday, June 29, 2026 9:01 AM
**To:** Susie Cirilli <SCirilli@sgrvlaw.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>
**Subject:** RE: Yukich v. Chamley-Watson, et al. - Acceptance of Service and Extension to Answer/Move

{EXTERNAL EMAIL} This message originated outside of your organization.
Yes, we will accept service.

## Aimée S. Lin, Esq.

Special Counsel

**DIRECT** 973.681.7047 | **CELL** 917.224.3105
**EMAIL** alin@goldbergsegalla.com | goldbergsegalla.com

1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423
**FAX** 973.681.7101

# GOLDBERGSEGALLA 25

## 25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Susie Cirilli <SCirilli@sgrvlaw.com>
**Sent:** Monday, June 29, 2026 8:58 AM
**To:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>
**Subject:** RE: Yukich v. Chamley-Watson, et al. - Acceptance of Service and Extension to Answer/Move

Aimee,

See below. We agreed to July 15 (not 17th) , and July 23.  I will revise the stipulation and send back.

Also confirm whether you are accepting service for Create a Legacy Not a Moment.

Susie



**Susie Cirilli, Esquire**

**Spector Gadon Rosen Vinci P.C.**

**T** 215-241-8887
**E** SCirilli@sgrvlaw.com

**www.sgrvlaw.com**    305 Broadway, 7th Floor, New York, NY 10007

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Susie Cirilli <SCirilli@sgrvlaw.com>
**Sent:** Wednesday, June 17, 2026 11:45 AM
**To:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>; Elena M. Schick <ESchick@Sgrvlaw.com>; Gabriel Vincent Tese <GTese@Sgrvlaw.com>
**Subject:** RE: Yukich v. Chamley-Watson, et al. - Acceptance of Service and Extension to Answer/Move

Aimee,

Under the rules, filing an entry of appearance constitutes acceptance of service. It follows that all defendants except for Create a Legacy Not a Moment have been served.

Per our phone call, we are amenable to the following:

-    Move or respond on behalf of Jessica Saxon on or before July 15

-    Move or respond on behalf of USA Fencing, Daugherty, Miles Chamley-Watson on or before July 23.

Feel free to draft a stipulation for our review.

Best,
Susie



**Susie Cirilli, Esquire**

**Spector Gadon Rosen Vinci P.C.**

**T** 215-241-8887
**E** SCirilli@sgrvlaw.com

**www.sgrvlaw.com**    305 Broadway, 7th Floor, New York, NY 10007

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Sent:** Tuesday, June 16, 2026 10:18 AM
**To:** Susie Cirilli <SCirilli@sgrvlaw.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>
**Subject:** Yukich v. Chamley-Watson, et al. - Acceptance of Service and Extension to Answer/Move

{EXTERNAL EMAIL} This message originated outside of your organization.
Hello Susie,

I hope you are well.

We understand Ms. Yukich has commenced another lawsuit against USA Fencing and others.

First, we are happy to accept service on behalf of our clients. To the extent Ms. Daugherty has not been served, please provide a waiver of service for execution. We are in the process of determining whether we will be representing Mr. Chamley-Watson. We will let you know once we know.

Second, in part because of determinations relating to whom we will be representing, we request an extension to Answer/Move. If Plaintiff is agreeable, we will provide a stipulation for your signature.

Thank you,


Aimée S. Lin, Esq.
Special Counsel

**DIRECT** 973.681.7047 | **CELL** 917.224.3105
**EMAIL** alin@goldbergsegalla.com | goldbergsegalla.com

1037 Raymond Boulevard, Suite 1010, Newark,  NJ 07102-5423
**FAX** 973.681.7101

**GOLDBERGSEGALLA25**

25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

4