# EXHIBIT E

Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson,*
*USA Fencing Association (incorrectly pleaded as USA Fencing),*
*Jessica Saxon, Create a Legacy Not a Moment, Inc.,*
*and Shannon Daugherty*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY,<br><br>Defendants. | Civil Action No. 2:26-cv-8140<br><br><br>**NOTICE OF APPEARANCE OF AIMÉE S. LIN, ESQ.** |

Aimée S. Lin, Esq. of Goldberg Segalla LLP hereby enters an appearance as attorney for

Defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleased as USA

Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty in this

matter. Kindly send copies of all court notices to her at alin@goldbergsegalla.com.

IMANAGE\822\0008\57754349.v1-7/9/26

Respectfully submitted,

**GOLDBERG SEGALLA LLP**


By: _/s/ Aimée S. Lin_
    Aimée S. Lin, Esq.

    711 Third Avenue, Suite 1900
    New York, New York 10017
    646-292-8700
    ccosta@goldbergsegalla.com
    alin@goldbergsegalla.com

    *Attorneys for Defendants Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty*


Dated: July 9, 2026

2