# EXHIBIT F

**PREPARED BY THE COURT**

| | |
|---|---|
| DINAH YUKICH,<br><br>         Plaintiff,<br><br>   v.<br><br><br>MILES CHAMLEY-WATSON, ET AL.,<br><br>         Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO.:  ATL-L-1024-26<br><br>*CIVIL ACTION*<br><br>**ORDER** |

      **THIS MATTER** having been opened to the Court on July 17, 2026, by Susan M. Cirilli, Esquire, of Spector Gadon Rosen Vinci P.C., attorneys for Plaintiff, for an order for substituted service, no opposition having been filed, and good cause having been shown;

      **IT IS ON THIS** 17th day of July, 2026, **ORDERED** as follows:

   1.  Plaintiff's motion for substituted service is **DENIED\***; and

      **IT IS FURTHER ORDERED** that service of this Order shall be effectuated upon all parties upon its upload to eCourts and pursuant to R. 1:5-1(a), movant shall serve a copy of this Order on all parties not served electronically within five (5) days of the date of this Order.

                          _____
                          DANIELLE J. WALCOFF, J.S.C.

☐ Opposed
☒ Unopposed

**\*On 7-2-26, this matter was removed to federal court which now has jurisdiction over this matter.**