

**Attorneys at Law**

sgrvlaw.com

**G. Vincent Tese, Esquire**
Direct Dial Number
P 215.241.8873
Direct Fax Number
F 215.531.8873
gtese@sgrvlaw.com

One Logan Square
130 N. 18th Street
Suite 1800
Philadelphia, PA 19103
P 215.241.8888
F 215.241.8844

360 Central Avenue
Suite 1550
St. Petersburg, FL 33701
P: 727.896.4600
F: 727.896.4604

One Greentree Centre
10000 Lincoln Drive East
Suite 201
Marlton, NJ 08053
P: 856.988.5490
F: 856.722.5344

305 Broadway
7th Floor
New York, NY 10007
P: 212.520.1195

Admitted to practice:
New Jersey
New York
Pennsylvania
Texas

August 12, 2026

***VIA CM/ECF:***
Hon. Katharine S. Hayden
United States District Judge
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

**Re: *Yukich v. Chamley-Watson, et al.*, Civil Action No. 2:26-cv-08140-KSH-AME -- Plaintiff's Request for Expedited Consideration of Plaintiff's Motion to Stay, and Entry of the Interim Stay of Plaintiff's August 25, 2026 Opposition Deadline to the Defendants' Motion to Dismiss**

Dear Judge Hayden:

This firm represents Plaintiff Dinah Yukich. Today Plaintiff filed a motion to stay Defendants' motion to dismiss and to extend Plaintiff's time to respond pending the Court's decision on Plaintiff's motion to remand. We write to request expedited consideration of that motion and, in particular, entry of the interim relief it seeks before August 25, 2026.

Defendants' motion to dismiss and Plaintiff's motion to remand are both returnable September 8, 2026. Under Local Civil Rule 7.1(d)(2), however, Plaintiff's opposition to the motion to dismiss is due August 25, 2026, two weeks before the return date. The motion to remand presents a threshold question of the Court's jurisdiction. Absent relief, Plaintiff will be required to brief the motion to dismiss while that jurisdictional question remains pending and undecided, an exercise that may be mooted entirely by remand.

Plaintiff's motion asks the Court, pending its disposition, to stay Plaintiff's time to respond to the motion to dismiss. Because that deadline falls before the motion could be heard in the ordinary course, we respectfully request that the Court enter that interim stay before August 25, 2026, and consider the motion on an expedited basis. Plaintiff requested Defendants' consent to a stay pending the courts consideration of the Motion for Remand on July 29, 2026, and Defendants declined.

Subject: *Yukich v. Chamley-Watson, et al.*, Civil Action No. 2:26-cv-08140-KSH-AME
August 12, 2026
Page 2


We are available at the Court's convenience and will promptly provide whatever the Court requires. We thank the Court for its attention to this matter.


Respectfully submitted,

/s/G. Vincent Tese
G. Vincent Tese, Esquire

cc: All Counsel of Record (by email and CM/ECF)

FLORIDA    -    NEW JERSEY    -    NEW YORK    -    PENNSYLVANIA