**SPECTOR GADON ROSEN VINCI P.C.**
By: G. Vincent Tese, Esq. (005642009)
    Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8873
Email: gtese@sgrvlaw.com, scirilli@sgrvlaw.com
***Attorneys for Plaintiff, Dinah Yukich***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>    Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING ASSOCIATION, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY<br><br>    Defendants. | No. 2:26-cv-8140-KSH-AME<br><br><br>**NOTICE OF MOTION TO STAY DEFENDANTS' MOTION TO DISMISS PENDING DECISION ON PLAINTIFF'S MOTION TO REMAND** |

TO:

    Aimee S. Lin, Esq.
    Claudia A. Costa, Esq.
    GOLDBERG SEGALLA LLP
    301 Carnegie Center
    Suite 200
    Princeton, New Jersey 08540-6587

PLEASE TAKE NOTICE that on September 8, 2026, at 9:00 a.m., or as soon thereafter

as counsel may be heard, the undersigned attorney for Plaintiff Dinah Yukich shall move

before the Honorable Katharine S. Hayden, at the Frank R. Lautenberg Post Office and Courthouse, Courtroom 5, Newark, New Jersey 07102 for an Order:

1. Staying Defendants' motion to dismiss, and extending Plaintiff's time to respond to it, until fourteen (14) days after the Court decides Plaintiff's motion to remand; and

2. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE NOTICE that Plaintiff has already used the one automatic adjournment available as of right under L.Civ.R. 7.1(d)(5). Under the final sentence of that Rule, no further extension of the time limits in L.Civ.R. 7.1(d)(2) and (3) may be granted without an Order of the Court, and any application for such an extension must advise the Court of the parties' consent position. Plaintiff advises that Defendants do not consent to the relief requested. On July 29, 2026, counsel for Plaintiff requested Defendants' consent to a stay, and Defendants declined, as reflected in the accompanying Certification and Exhibit A.

PLEASE TAKE NOTICE that, because Plaintiff's opposition to the motion to dismiss is otherwise due August 25, 2026, before the September 8, 2026 return date, Plaintiff respectfully requests that the Court consider this motion on an expedited basis and, pending its disposition, stay Plaintiff's time to respond to the motion to dismiss.

PLEASE TAKE NOTICE that, in support of this motion, Plaintiff relies upon the accompanying Memorandum of Law and the Certification of G. Vincent Tese, Esq., with Exhibit A. A proposed form of Order is submitted herewith. Oral argument is requested if the motion is opposed.

SPECTOR GADON ROSEN VINCI P.C.

By: /s/ G. Vincent Tese_____
    G. Vincent Tese, Esq. (005642009)
    One Logan Square
    130 N. 18th Street, 18th Floor
    Philadelphia, PA 19103
    Telephone: (215) 241-8887
    Email: gtese@sgrvlaw.com
    ***Attorneys for Plaintiff, Dinah Yukich***

Dated: August 12, 2026