IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

DINAH YUKICH

      Plaintiff,

v.

MILES CHAMLEY-WATSON, USA
FENCING ASSOCIATION, JESSICA
SAXON, CREATE A LEGACY NOT A
MOMENT, INC., and SHANNON
DAUGHERTY

      Defendants.

No. 2:26-cv-8140-KSH-AME

**PROPOSED ORDER**

**THIS MATTER** having come before the Court on the motion of Spector Gadon Rosen & Vinci, attorneys for Plaintiff, for an Order staying Defendants' motion to dismiss and extending Plaintiff's time to respond pending the Court's decision on Plaintiff's motion to remand; and the Court having considered the papers, and for good cause shown;

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Plaintiff's motion is GRANTED; and it is further

**ORDERED** that Defendants' motion to dismiss is stayed pending the Court's decision on Plaintiff's motion to remand; and it is further

**ORDERED** that Plaintiff's time to respond to the motion to dismiss is extended until fourteen (14) days after entry of the order deciding the motion to remand; and it is further

**ORDERED** that, pending disposition of this motion, Plaintiff's time to respond to the motion to dismiss is stayed; and it is further

**ORDERED** that the Clerk shall administratively terminate Defendants' motion to dismiss without prejudice to its reinstatement, if the action is not remanded, upon entry of the order deciding the motion to remand.

_____
Hon. Katharine S. Hayden, U.S.D.J.

Dated: August \_\_\_, 2026