**SPECTOR GADON ROSEN VINCI P.C.**
By: G. Vincent Tese, Esq. (005642009)
    Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887
Email: tese@sgrvlaw.com
Attorneys for Plaintiff, Dinah Yukich

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>　　　Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING ASSOCIATION, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY<br><br>　　　Defendants. | No. 2:26-cv-8140-KSH-AME<br><br><br>**CERTIFICATION OF G. VINCENT TESE, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION TO STAY** |

I, G. Vincent Tese, Esq., of full age, certify as follows:

1.    I am an attorney with Spector Gadon Rosen Vinci P.C., counsel for Plaintiff Dinah Yukich in this matter. I make this Certification in support of Plaintiff's motion to stay Defendants' motion to dismiss pending decision on Plaintiff's motion to remand. I have personal knowledge of the facts set forth below.

2.    Defendants filed their motion to dismiss on July 23, 2026. On Plaintiff's application under L.Civ.R. 7.1(d)(5), the return date was adjourned to September 8, 2026. On July 30, 2026, Plaintiff filed a motion to remand, also returnable September 8, 2026. Plaintiff's opposition to the motion to dismiss is otherwise due August 25, 2026.

3.  On July 29, 2026, I asked counsel for Defendants to consent to a stay of the motion to dismiss pending the Court's decision on the motion to remand. Defendants declined to consent.

4.  A true and correct copy of the email correspondence reflecting Defendants' refusal to consent is attached hereto as *Exhibit A*.

5.  A true and correct copy of the unpublished decision *Anderton v. 3M Co.*, No. 1814949, 20192009788 (D.N.J. May 7, 2019) is attached hereto as *Exhibit B.*

6.  A true and correct copy of the unpublished decision *Brooks v. Purcell,* 57 F. App'x 47 (3d Cir. 2002) is attached hereto as *Exhibit C.*

7.  A true and correct copy of the unpublished decision *Iannuzzelli v. Alliance HC 11 LLC,* No. 22-4473, 2022 WL 16822575 (D.N.J. Nov. 8, 2022) is attached hereto as *Exhibit D.*

8.  A true and correct copy of the unpublished decision *Plaza v. Bernards Twp. Planning Bd.,* No. 17-11466, 2018 WL 3637515 (D.N.J. July 31, 2018) is attached hereto as *Exhibit E.*

9.  A true and correct copy of the unpublished decision *State St. Rest. Grp., Inc. v. Cincinnati Cas. Co.,* No. 3:20-CV-816, 2021 WL 786013 (M.D. Pa. Feb. 10, 2021) is attached hereto as *Exhibit F.*

10. A true and correct copy of the unpublished decision *Witchey v. First Gold Buyers, Inc.,* No. 3:16-CV-2312, 2017 WL 1550039 (M.D. Pa. May 1, 2017) is attached hereto as *Exhibit G.*

I certify under penalty of perjury that the foregoing is true and correct.

/s/ G. Vincent Tese
G. Vincent Tese, Esq.

Dated: August 12,  2026