# EXHIBIT A

**Elena M. Schick**

---

| | |
|---|---|
| **From:** | Lin, Aimée S. <alin@goldbergsegalla.com> |
| **Sent:** | Wednesday, July 29, 2026 3:39 PM |
| **To:** | Gabriel Vincent Tese |
| **Cc:** | Costa, Claudia A.; Susie Cirilli |
| **Subject:** | RE: Yukich v. Chamley-Watson, et al. - Adjornment of Motion Date for Motion to Dismiss |

{EXTERNAL EMAIL} This message originated outside of your organization.
I apologize for the delay, Vince.

Our clients do not consent to holding the Motion to Dismiss in abeyance pending the Motion to Remand.

Thank you,


Aimée S. Lin, Esq.
Special Counsel

**DIRECT** 973.681.7047 | **CELL** 917.224.3105
**EMAIL** alin@goldbergsegalla.com | goldbergsegalla.com

1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423
**FAX** 973.681.7101

**GOLDBERGSEGALLA 25**

*25 Years of Moving You Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

---

**From:** Gabriel Vincent Tese <GTese@Sgrvlaw.com>
**Sent:** Wednesday, July 29, 2026 3:33 PM
**To:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>; Susie Cirilli <SCirilli@sgrvlaw.com>
**Subject:** RE: Yukich v. Chamley-Watson, et al. - Adjornment of Motion Date for Motion to Dismiss

> You don't often get email from gtese@sgrvlaw.com. Learn why this is important

Aimee,

Just following up on this. I'd like to file this application by tomorrow, so please let me know your position, else I will leave it as "Plaintiff has attempted to confer and Defendants take no position."

Regards,
Vince

1



**Gabriel Vincent Tese, Esquire**
## Spector Gadon Rosen Vinci P.C.
**T** +1 215-241-8873
**E** GTese@Sgrvlaw.com

**www.sgrvlaw.com**    One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Gabriel Vincent Tese <GTese@Sgrvlaw.com>
**Sent:** Tuesday, July 28, 2026 5:56 PM
**To:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>
**Subject:** Re: Yukich v. Chamley-Watson, et al. - Adjornment of Motion Date for Motion to Dismiss

Aimee,

I realize now that I mentioned the motion without it being filed yet, so of course.

The basis is lack of federal question (I.e. there is no Federal counterpart to NJ's LAD and thus no complete premption).  I am sure there is probably more than that, but since I am not handling the Motion for Remand, I'd have to check with Susie to give you more detail than that.  But I know she intends to file it before Friday, so I was planning to hold the application for a stay until it's filed anyway.

Its a threshold jurisdictional issue, so I don't see how the Court can consider the MTD until it decides the MTR anyway, but I don't know either of you so I wasn't sure how quickly you'd respond, and I wanted to get this request for consent/to confer out to you as soon as possible.

Best regards,
Vince

2

**Gabriel Vincent Tese, Esquire**

**Spector Gadon Rosen Vinci P.C.**

**T** +1 215-241-8873
**E** GTese@Sgrvlaw.com

**www.sgrvlaw.com**    One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

**From:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Sent:** Tuesday, July 28, 2026 5:22:53 PM
**To:** Gabriel Vincent Tese <GTese@Sgrvlaw.com>
**Cc:** Costa, Claudia A. <ccosta@goldbergsegalla.com>
**Subject:** RE: Yukich v. Chamley-Watson, et al. - Adjornment of Motion Date for Motion to Dismiss

{EXTERNAL EMAIL} This message originated outside of your organization.
Hi Vince,

Would you mind sharing the basis of the Motion to Remand?

And "hello" back to Susie.

Thank you,


Aimée S. Lin, Esq.
Special Counsel

**DIRECT** 973.681.7047 | **CELL** 917.224.3105
**EMAIL** alin@goldbergsegalla.com | goldbergsegalla.com

1037 Raymond Boulevard, Suite 1010, Newark, NJ 07102-5423
**FAX** 973.681.7101

# GOLDBERGSEGALLA 25

### 25 Years of Moving You *Forward*

CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | MARYLAND
MISSOURI | NEW JERSEY | NEW YORK | NORTH CAROLINA | PENNSYLVANIA

3

Privileged attorney-client communication / attorney's work product. This email message and any attachments are confidential. If you are not the intended recipient, please immediately reply to the sender and delete the message from your email system.

**From:** Gabriel Vincent Tese <GTese@Sgrvlaw.com>
**Sent:** Tuesday, July 28, 2026 4:28 PM
**To:** Lin, Aimée S. <alin@goldbergsegalla.com>
**Subject:** Yukich v. Chamley-Watson, et al. - Adjornment of Motion Date for Motion to Dismiss

You don't often get email from gtese@sgrvlaw.com. Learn why this is important

Hi Aimee,

I am going to be entering an appearance to join my colleague Susie Cirilli on the above referenced case, and while we are entitled to a one time adjournment of the motion date for your clients' Motion to Dismiss pursuant to Local Civil Rule 7.1(d)(5), I am seeking to confer with you as to whether your clients would consent to holding the Court's consideration of the motion to dismiss in abeyance until the Court makes a decision on the motion to remand, because that same rule provides that no other extension "shall be permitted without an Order of the Court, and any application for such an extension shall advise the Court whether other parties have or have not consented to such request."

I will be submitting an application for the court to hold the Court's consideration of the motion to dismiss in abeyance until the Court makes a decision on the motion to remand. Accordingly, I am requesting your clients' consent.  Let me know if you have any questions.

Best regards,
Vince

P.S. Susie says "hello"

**Gabriel Vincent Tese, Esquire**
**Spector Gadon Rosen Vinci P.C.**
**T** +1 215-241-8873
**E** GTese@Sgrvlaw.com

**www.sgrvlaw.com**     One Logan Square, Suite 1800
130 N. 18th Street
Philadelphia, PA 19103

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under

4

Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.