## CERTIFICATION OF SERVICE

I certify that on the date set forth below, a true and correct copy of the foregoing

Notice of Motion, the Memorandum of Law, the Certification of G. Vincent Tese, Esq.

with Exhibit A-H, and the proposed form of Order, was filed via the Court's CM/ECF

system, which will serve notice on all counsel of record.

/s/ G. Vincent Tese
G. Vincent Tese, Esq.

Dated: August 12, 2026