Claudia A. Costa, Esq.
Aimée S. Lin, Esq.
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants Miles Chamley- Watson, United States Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY,<br><br>Defendants. | Civil Action No. 2:26-cv-8140-KSH-AME<br><br>**CERTIFICATION OF CLAUDIA A. COSTA, ESQ. IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, Claudia A. Costa, Esq., of full age, hereby certify as follows:

1. I am an attorney admitted to practice law before this Court and represent defendants Miles Chamley-Watson, United States Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty (collectively, "Defendants") in the above-captioned matter. I make this Certification in Opposition to the Motion to Remand by plaintiff Dinah Yukich ("Plaintiff").

2. Attached as Exhibit A is a true and correct copy of Plaintiff's Complaint in this matter.

3. Attached as Exhibit B is a true and correct copy of the 2025-2026 Individual Membership Waiver executed by Plaintiff.

4. Attached as Exhibit C are true and correct copies of the unpublished decisions in *Micheletti v. McGregor*, No. 25-245, 2025 U.S. Dist. LEXIS 133890 (W.D. Tex. June 26, 2025), *adopted by* 2025 U.S. Dist. LEXIS 150014 (Aug. 4, 2025).

5. Attached as Exhibit D are true and correct copies of the unpublished decisions in *Hale v. McGregor*, No. 24-1076, 2025 U.S. Dist. LEXIS 151470 (W.D. Tex. June 26, 2025), *adopted by* 2025 U.S. Dist. LEXIS 2025 U.S. Dist. LEXIS 150018 (Aug. 4, 2025).

6. Attached as Exhibit E is a true and correct copy of the unpublished decision in *Dames v. United States Ctr. for SafeSport*, No. 25-3503, 2026 U.S. Dist. LEXIS 657 (N.D. Ill. Jan. 5, 2026).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

By: */s/ Claudia A. Costa*
Claudia A. Costa, Esq.

Dated: August 25, 2026