# EXHIBIT B

STORE MEMBERS EVENTS POINTS CLUBS

USAFENCING.ORG RENEW

# Signed Waivers

Return to SignedWaiver

Save

Editing: Dinah Yukich (Signed: Dinah Yukich) - 2025-26 Individual Membership Waiver - June 1, 2025 5:29am

Section Navigation

- Review
- Waiver Content

Review

| | |
|---|---|
| Signing User* | 180151 |
| Choose a Waiver* | 2025-26 Individual Membership Waiver |
| Signature | Dinah Yukich |
| Signature (Alternate) | |

Waiver Content

## 2025-26 Individual Membership Waiver

READ BEFORE SIGNING In consideration and as a condition of my and/or my minor child's being granted membership in the United States Fencing Association ("USA Fencing") and/or being allowed to participate in any way in USA Fencing and its related events and activities, I acknowledge and agree, on my own behalf and on behalf of any child or other person for whom I am signing this document ("I" or "myself" or "my" being construed hereinafter to include all such persons), as follows:

SUBMISSION TO RULES:

I agree to abide by the current rules and policies of USA Fencing as set forth in, among other things, the Bylaws, Rules of Competition, Athlete Handbook, Operations Manual, USA Fencing Safe Sport Policy, FenceSafe Handbook, Codes of Conduct, Minor Athlete Abuse Prevention Policy, US Center for Safesport Code for the US Olympic and Paralympic movement (including the Practices and Procedures and Supplementary Rules appended thereto) and USADA Rules, all as now constituted and as may be amended from time to time. You recognize that USA Fencing has the right to adjust, modify, add to, or otherwise amend its Bylaws, rules, policies, and procedures, the current versions of which will be available on the USA Fencing website.

ASSUMPTION OF RISK, WAIVER AND RELEASE OF LIABILITY: I acknowledge and agree as follows: The risks of injury from the activities involved in the sport of fencing and related activities are significant, including the potential for serious injury, disability or death, and while particular skills, equipment, and personal discipline may reduce those risks, the risks may

continue to exist; and, I KNOWINGLY AND FREELY ASSUME ALL SUCH RISKS, whether known or unknown, apparent or latent, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES (defined below) or others, and assume full responsibility for my participation; and, I, for myself and on behalf of my heirs, assigns, personal representatives and next of kin, HEREBY RELEASE, INDEMNIFY AND HOLD HARMLESS USA FENCING, and all affiliated sections, divisions, clubs, host organizations, officers, directors, athletes, referees, coaches, volunteers, officials, club members, individual members, agents, employees, contractors, participants, sponsoring agencies, sponsors, advertisers, and, if applicable, owners or lessors of premises used for the activity ("Releasees"), WITH RESPECT TO ANY AND ALL CLAIMS, DEMANDS AND CAUSES OF ACTION ALLEGING OR ARISING FROM ANY PERSONAL INJURY, DISABILITY, DEATH, or loss or damage to person or property, that may occur or has occurred, in connection with the sport of fencing or related activities, WHETHER OR NOT ARISING FROM THE NEGLIGENCE OF ANY OF THE RELEASEES, to the fullest extent permitted by law.

I HAVE READ THIS ASSUMPTION OF RISK, WAIVER AND RELEASE OF LIABILITY AGREEMENT FULLY, UNDERSTAND ITS TERMS, UNDERSTAND THAT I HAVE GIVEN UP SUBSTANTIAL RIGHTS BY SIGNING IT, AND SIGN IT FREELY AND VOLUNTARILY.

FINANCIAL OBLIGATIONS: It is the duty of every member to remain in good financial standing with the USFA. Notwithstanding any provision of these Bylaws to the contrary, the membership rights of any member who is more than ninety (90) days in arrears on any amount owed to the USFA will be administratively suspended without further action than notice given to the member's email address or mailing address of record. Such suspension is not considered disciplinary action and is not contingent on any procedures regarding the same. However, any member who contests such action may file a complaint and have the validity and amount of the claimed balance due established under the procedures prescribed for the resolution of grievances.

DRUG TESTING: I understand that, pursuant to the rules and regulations of USA Fencing, the FIE, the IWAS, the USOPC, the US Anti-Doping Agency ("USADA") and/or the World Anti-Doping Agency, drug testing may be conducted for athletes who compete in tournaments conducted, sponsored and/or sanctioned by USA Fencing, and that detection of the use of banned drugs would be cause for penalties including but not limited to disqualification and suspension for a period of time, based upon factors including the substance(s) detected. In consideration of being granted membership in USA Fencing and/or being allowed to participate in any way in the USA Fencing and its related events and activities, I agree to familiarize myself with and to comply with the FIE and the IWAS Anti-Doping Rules and USADA's Protocol for Olympic and Paralympic Movement Testing (USADA Protocol) and all other applicable anti-doping rules and policies adopted by the FIE, the IWAS, USADA, and the USOPC. Without limiting the generality of the foregoing, I consent to be subject to drug testing and to penalties if declared positive for a banned substance. I am aware that failure to comply with any selection for a drug test will be cause for the same penalties as for those who are positive for a banned substance. If it is determined that I may have committed a doping violation, I agree to submit to the results management authority and processes of USADA, including arbitration under the USADA Protocol, or to the results management authority of the FIE or the IWAS and or my national federation, if applicable or referred by USADA. I realize that there are OVER-THE COUNTER medications that may contain banned substances and that it is my responsibility to insure that I do not inadvertently take any medication that contains a banned substance. I know that I may check the prohibited status at GlobalDRO.com or visit Supplement411.org. For questions about medications and banned substances or practices you may also call the Athlete Express at (719) 785-2000 (toll-free (866) 601-2632). CONSENT FOR MEDICAL TREATMENT: This is to certify that I give my written consent to USA Fencing and its representatives for myself and/or any person for whom I am signing this document to obtain medical care from any licensed physician, athletic trainer, hospital or clinic for any injury or illness that may arise during fencing and related activities. QUALIFICATION (Championships and NACs): I understand that some individual events require qualification and that my entry or entries will remain pending until qualification is confirmed. I further understand that, should I not meet the stated qualification, I will be withdrawn from the event and a refund will be processed on my behalf. CHOICE OF LAW: The foregoing agreement, consent, waiver and release shall be governed, interpreted and construed according to the law of the State of Colorado, without reference to choice of law principles.

ARBITRATION: Except as set forth in the Safe Sport Code promulgated by the US Center For Safe Sport (including the Practices and Procedures and Supplementary Rules appended thereto), any controversy or claim arising from or relating to my membership or participation, or my minor child's membership or participation, in USA Fencing, including but not limited to any matter arising from or relating to (i) qualification or selection for, or competition in, any fencing event, whether staged under the auspices of USA Fencing, the FIE, the IWAS, the USOPC, the IOC or some other fencing administrative body, (ii) qualification or selection for, or activities as, a coach, referee or other official at any such fencing event; or (iii) compliance with or violation of any rule, regulation, policy, practice, bylaw, statute or common law, of USA Fencing, FIE, IWAS, USOPC or IOC, or of any national, state, provincial or local governing or administrative body, including any issue concerning compliance by USA Fencing or by any officer, director, employee, agent, attorney, referee, official, club member, individual member, committee member or volunteer of USA Fencing, including but not limited to any matter arising from or relating to allegations of damage to property or injury to person, shall to the fullest extent permitted by law be settled by arbitration, provided, however, that prior to the commencement of any such arbitration, any and all available administrative procedures and remedies of USA Fencing, FIE, USOPC, IWAS, IOC or applicable sports, governmental or administrative body shall have been exhausted.

Any arbitration shall be administered by the arbitration manager designated by the USOPC and judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The arbitration shall be governed by the laws of the State of Colorado and the United States, conducted in Colorado Springs, Colorado. The arbitration shall be commenced within any time limit(s), and its scope shall not exceed any limitations, set forth in the Grievance and Disciplinary Procedures set forth in the Athlete Handbook. The arbitrator(s) will have no authority or jurisdiction to award consequential, punitive or exemplary damages, and any demand for such damages shall be a nullity. Except as may be required by law or as reasonably required to enforce or appeal from an arbitration award or as noted above, arbitration proceedings shall be kept confidential, and neither a party, an attorney for a party, a witness, nor an arbitrator may disclose the existence, content, or results of any arbitration hereunder to a non-party without the prior written consent of all parties, USA Fencing reserves the right to move a case, complaint or dispute to arbitration at any time.

DATA SHARING: I understand and agree that USA Fencing may share my personal information, including but not limited to contact details, competition participation, and disciplinary or eligibility status, with oversight and regulatory bodies including, but not limited to, the United States Olympic & Paralympic Committee (USOPC), Fédération Internationale d'Escrime (FIE), World Para Fencing/World Ability sport (WPF/WAS), U.S. Center for SafeSport, and the U.S. Anti-Doping Agency (USADA), as required or appropriate for compliance, eligibility, safety, or regulatory purposes.

DATA USAGE: I understand and agree that USA Fencing may use my personal data for internal purposes including but not limited to marketing analysis, wealth screening, sponsorship prospecting, member engagement strategies, and data segmentation. I also agree that USA Fencing may use my data to send communications on behalf of official USA Fencing sponsors or partners. USA Fencing will not sell personal data to third parties and will ensure appropriate safeguards for handling sensitive information.

MOBILE COMMUNICATIONS: By agreeing to this waiver, you agree to receive text messages from USA Fencing for informational, transactional, and promotional purposes. Message frequency may vary, and message/data rates may apply. Mobile information will not be shared with third parties for marketing purposes. To opt out at any time, reply STOP. By agreeing to receive messages from USA Fencing, you acknowledge and accept these terms.

USE OF NAME, IMAGE, AND LIKENESS: I grant USA Fencing the right to use, reproduce, and distribute my name, image, likeness, voice, and any photographs, recordings, or other depictions of me taken during or in connection with my fencing participation for promotional, informational, or marketing purposes, in any medium and without compensation. I also release and indemnify USA Fencing and its designees from any claims, liabilities, or damages arising from such usage, including in the context of public notices, rankings, awards, eligibility status, or disciplinary action.

FOR PARENTS/GUARDIANS OF PARTICIPANTS OF MINORITY AGE (UNDER AGE 18 AT TIME OF REGISTRATION)This is to certify that I, as parent/guardian with legal responsibility for this participant, do consent and agree to his/her release as provided above of all the Releasees, and, for myself, my heirs, assigns, and next of kin, I release and agree to indemnify and hold harmless the Releasees from any and all liabilities incident to my minor child's involvement or participation in these programs as provided above, EVEN IF ARISING FROM THE NEGLIGENCE OF THE RELEASEES, to the fullest extent permitted by law.

Primary Signature:
Dinah Yukich

Alternate Signature:

Was Signed On:
June 1, 2025 @ 5:29am
(This **Waiver Signature** may have been modified on June 1, 2025 @ 5:31am.)

Save

##parent-placeholder-fc97625b27b5d8fe0c8c859f93dbcb5d##