SPECTOR GADON ROSEN VINCI P.C.
By: Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887
Email: scirilli@sgrvlaw.com
*Attorneys for Plaintiff, Dinah Yukich*

| | |
|---|---|
| DINAH YUKICH<br><br>Plaintiff,<br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING ASSOCIATION, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY<br><br>Defendants. | No. 2:26-cv-8140-KSH-AME<br><br>**CERTIFICATION OF SUSAN M. CIRILLI, ESQ. IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, Susan M. Cirilli, Esq., of full age, certify as follows:

1. I am an attorney with Spector Gadon Rosen Vinci P.C., counsel for Plaintiff Dinah Yukich in this matter. I make this Certification in support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand. I have personal knowledge of the facts set forth below.

2. On July 30, 2026, Plaintiff filed a Motion to Remand, returnable September 8, 2026.

3. Defendants filed their opposition to Plaintiff's Motion to Remand on August 25, 2026.

4. On September 1, 2026, Plaintiff filed her Reply to Defendants' Opposition to Plaintiff's Motion to Remand.

5. A true and correct copy of the email correspondence dated June 29, 2026 from Aimee S. Lin, Esquire stating that her firm will accept service of Plaintiff's Complaint on behalf of Defendant, Create A Legacy Not A Moment, Inc. is attached hereto as ***Exhibit A***.

6. A true and correct copy of the email correspondence dated June 29, 2026 to Aimee S. Lin, Esquire enclosing a Stipulation to Extend Time to Answer, Move or Otherwise Respond to the Complaint is attached hereto as ***Exhibit B***.

7. A true and correct copy of the email correspondence dated August 28, 2026 to Aimee S. Lin, Esquire enclosing the Waiver of Service for Defendant, Create A Legacy Not A Moment, Inc. is attached hereto as ***Exhibit C***.

8. A true and correct copy of the unpublished decision *Ward v. New Jersey,* 2018 WL 4223239 is attached hereto as ***Exhibit D***.

***9.*** A true and correct copy of the Notice of Removal in *Granovsky v. Pfizer* is attached hereto as ***Exhibit E***.

10. A true and correct copy of the unpublished decision *Monaghan v. City of Hackensack*, 2014 WL 112973 is attached hereto as ***Exhibit F***.

***11.*** A true and correct copy of the Notice of Removal in *Monaghan v. City of Hackensack* is attached hereto as ***Exhibit G***.

***12.*** A true and correct copy of the Docket in *Monaghan v. City of Hackensack* is attached hereto as ***Exhibit H***.

13. A true and correct copy of the unpublished decision *Schlosser v. Kinsey's Archery Products, Inc.*, 2026 WL 2199226 slip op *3 (July 30, 2026) is attached hereto as ***Exhibit I***.

14. A true and correct copy of the Court's decision in *Giangola v. Walt Disney World Company*, 753 F.Supp. 148, 153 (D.N.J. 1990) is attached hereto as ***Exhibit J***.

15. A true and correct copy of the unpublished decision *Brown v. Sarubi,* 2006 WL 2014227, slip op *2 (July 18, 2006) is attached hereto as ***Exhibit K***.

16. A true and correct copy of the unpublished decision *Scurko v. NJ State Police,* 2010 WL 2697108, slip op *2 (July 6, 2010) is attached hereto as ***Exhibit L***.

17. A true and correct copy of the unpublished decision *Pinnacle Choice Inc. v. Silverstein,* 2008 WL 2003759 (May 6, 2008) is attached hereto as ***Exhibit M***.

18. A true and correct copy of the unpublished decision *Evanston Ins. Co. v. Cozen O'Connor, P.C.*, 2007 WL 869614 (March 20, 2007) is attached hereto as ***Exhibit N***.

19. A true and correct copy of USA Fencing's Transgender and Non-Binary Policy is attached hereto as ***Exhibit O.***

20. A true and correct copy of the original Complaint in *Hale v. McGregor, et al.*, United States District Court for the Western District of Texas, Austin Division, Case No. 1:24-cv-01076-RP is attached hereto as ***Exhibit P***.

I certify under penalty of perjury that the foregoing is true and correct.

**SPECTOR GADON ROSEN VINCI, P.C.**

Dated: September 1, 2026

/s/ *Susan M. Cirilli, Esq.*

Susan M. Cirilli, Esq.
Gabriel V. Tese, Esq.
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887/(215) 241-8873
Email: scirilli@sgrvlaw.com, GTese@sgrvlaw.com
*Attorneys for Plaintiff, Dinah Yukich*