**SPECTOR GADON ROSEN VINCI P.C.**
By: G. Vincent Tese, Esq. (005642009)
Susan M. Cirilli, Esq. (017972012)
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887
Email: tese@sgrvlaw.com
Attorneys for Plaintiff, Dinah Yukich

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINAH YUKICH<br><br>Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., SHANNON DAUGHERTY,<br><br>Defendants. | No. 2:26-cv-8140-KSH-AME<br><br>**CERTIFICATE OF SERVICE** |

I, Susan M. Cirilli, Esquire, hereby certify that on September 1, 2026, I caused a true and correct copy of the foregoing Certification of Counsel in Support of Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand with Exhibits A through P, Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion to Remand, and this Certificate of Service to be served via the Court's PACER CM/ECF electronic system with notice upon the following counsel of record:

Aimee S. Lin, Esq.
Claudia A. Costa, Esq.
GOLDBERG SEGALLA LLP
301 Carnegie Center, Suite 200

Princeton, NJ 08540-6587
*Counsel for Defendants Miles Chamley-Watson, USA Fencing, Jessica Saxon, and Shannon Daugherty*

I certify that the foregoing statements by me are true. I am aware that if any of the foregoing statements by me are willfully false I am subject to punishment.

Dated: September 1, 2026

/s/ *Susan M Cirilli*

Susan M. Cirilli, Esq.
Gabriel V. Tese, Esq.
One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8887/(215) 241-8873
Email: scirilli@sgrvlaw.com,
GTese@sgrvlaw.com
*Attorneys for Plaintiff, Dinah Yukich*