# EXHIBIT B

**From:** Susie Cirilli
**To:** Lin, Aimée S.
**Cc:** Costa, Claudia A.
**Subject:** Executed Stipulation
**Date:** Monday, June 29, 2026 9:12:07 AM
**Attachments:** Adobe Scan Jun 29, 2026.pdf

---

Aimée – See attached.

**Susie Cirilli, Esquire**

**Spector Gadon Rosen Vinci P.C.**

T 215-241-8887

E SCirilli@sgrvlaw.com

www.sgrvlaw.com 305 Broadway, 7th Floor, New York, NY 10007

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

Claudia A. Costa, Esq. (Bar No.: 034261989)
Aimee S. Lin, Esq. (Bar No.: 039532012)
**GOLDBERG SEGALLA LLP**
711 Third Avenue, Suite 1900
New York, New York 10017
646-292-8700
ccosta@goldbergsegalla.com
alin@goldbergsegalla.com
*Attorneys for Defendants*
*Miles Chamley-Watson, USA Fencing Association (incorrectly pleaded as USA Fencing), Jessica Saxon, Create a Legacy Not a Moment, Inc., and Shannon Daugherty*

| | |
|---|---|
| DINAH YUKICH,<br><br>Plaintiff,<br><br>v.<br><br>MILES CHAMLEY-WATSON, USA FENCING, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., and SHANNON DAUGHERTY,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION : BURLINGTON COUNTY<br>DOCKET NO. BUR-L-001063-25<br><br>Civil Action<br><br>**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

**IT IS STIPULATED AND AGREED,** by and between the undersigned counsel for the above-captioned parties that (1) defendant Jessica Saxon's time to answer, move or otherwise respond to the Complaint is extended to July 15, 2026; and (2) defendants Miles Chamley-Watson's, USA Fencing Association's (incorrectly pleaded as USA Fencing), Create a Legacy Not a Moment, Inc.'s, and Shannon Daughtery's time to answer, move or otherwise respond to the Complaint is extended to July 23, 2026.

**SPECTOR GADON ROSEN VINCI P.C.**

By: ____________________
Susan M. Cirilli, Esq.

One Logan Square
130 N. 18th Street, 18th Floor
Philadelphia, PA 19103
Tel.: 215-241-8887

Dated: 6.29.26

**GOLDBERG SEGALLA LLP**

By: */s/ Claudia A. Costa*
Claudia A. Costa, Esq.

1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102
Tel.: 973-681-7000

Dated: June 29, 2026