# EXHIBIT C

**From:** Susie Cirilli
**To:** Lin, Aimée S.; Costa, Claudia A.
**Subject:** Waiver of Service - Yukich v. Miles Chamley-Watson et al.
**Date:** Friday, August 28, 2026 6:13:12 PM
**Attachments:** Waiver of Service.PDF

---

Aimee and Claudia,

As you are aware, Create a Legacy Not a Moment has not been served. Per your July 29, 2026 representation, your firm will be accepting service for Defendant Create A Legacy Not a Moment. As such, see the attached Waiver of Service for your completion on behalf of Create a Legacy Not a Moment.

Thanks and have a good weekend,

Susie

**Susie Cirilli, Esquire**
**Spector Gadon Rosen Vinci P.C.**
T 215-241-8887
E SCirilli@sgrvlaw.com

www.sgrvlaw.com 305 Broadway, 7th Floor, New York, NY 10007

---

This communication including attachments, may contain information that is confidential and protected by the attorney/client or other privilege. If you are not the intended recipient of this communication, or if you believe that you have received this communication in error, please notify the sender immediately and kindly delete this email, including attachments, without reading or saving them in any manner.
IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax-related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing, or recommending to another party of any tax-related transaction or matter addressed herein.

# UNITED STATES DISTRICT COURT
for the

DINAH YUKICH
*Plaintiff*
v.
MILES CHAMLE-WATSON, USA FENCING ASSOCIATION, JESSICA SAXON, CREATE A LEGACY NOT A MOMENT, INC., SHANNON DAUGHERTY
*Defendant*

Civil Action No. 2:26-CV-8140-KSH-AME

## WAIVER OF THE SERVICE OF SUMMONS

To: SUSAN M. CIRILLI, ESQ.
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from July 2, 2026, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ____________________

______________________________
*Signature of the attorney or unrepresented party*

______________________________
*Printed name of party waiving service of summons*

______________________________
*Printed name*

______________________________
*Address*

______________________________
*E-mail address*

______________________________
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.