# EXHIBIT H

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:13-cv-04544-ES-JAD

MONAGHAN et al v. CITY OF HACKENSACK et al
Assigned to: Judge Esther Salas
Referred to: Magistrate Judge Joseph A. Dickson
Case in other court: Superior Court of Bergen County, BER-L-04964-13
Cause: 42:1983 Civil Rights Act

Date Filed: 07/26/2013
Date Terminated: 01/09/2014
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**MICHAEL J. MONAGHAN** represented by **MICHAEL J. MONAGHAN**
50 MAIN STREET,
HACKENSACK, NJ 07601
(201)489-0600
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**PETER D. DICKSON**
POTTER & DICKSON, ESQS.
194 NASSAU STREET
PRINCETON, NJ 08542
(609) 921-9555
Email: dicksonpd@cs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**FRANK CALLAHAN** represented by **MICHAEL J. MONAGHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANNY CALLAHAN** represented by **MICHAEL J. MONAGHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**62-64 MAIN STREET, LLC** represented by **MICHAEL J. MONAGHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**59-61 MOORE STREET, LLC** represented by **MICHAEL J. MONAGHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITY OF HACKENSACK**
*A MUNICIPAL CORPORATION*

represented by **THOMAS P. SCRIVO**
O'Toole Scrivo, LLC
14 Village Park Road
Cedar Grove, NJ 07009
973 239 5700
Fax: 973 239 3400
Email: tscrivo@oslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOSEPH M. MORRIS**
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
THREE GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4079
(973) 622-7711
Fax: (973) 425-0161
Email: jmmorris@mdmc-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**MAYOR & COUNCIL OF THE CITY OF HACKENSACK**

represented by **THOMAS P. SCRIVO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOSEPH M. MORRIS**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**PLANNING BOARD OF THE CITY OF HACKENSACK**

represented by **ROBERT BRUCE WOODRUFF**
SCHILLER & PITTENGER, P.C.
1771 FRONT STREET
SCOTCH PLAINS, NJ 07076
(908) 490-0444
Fax: (908) 490-0425
Email: rwoodruff@schiller.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**BOARD OF THE CITY OF HACKENSACK**

**Defendant**

**ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK**

represented by **LAURA S. KIRSCH**
KIRSCH & KIRSCH LLP
TWO UNIVERSITY PLAZA
SUITE 308
HACKENSACK, NJ 07601
201-342-8288
Email: lkirsch@kirschandkirsch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN ZISA** represented by **THOMAS B. HANRAHAN**
HANRAHAN PACK, LLC
80 GRAND AVENUE, SUITE #2
RIVER EDGE, NJ 07661
(201) 525-1011
Email: thanrahan@hanrahanpacklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KENNETH ZISA** represented by **THOMAS B. HANRAHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH ZISA** represented by **THOMAS B. HANRAHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**STEPHEN LO IACONO** represented by **THOMAS P. SCRIVO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH MELLONE** represented by **THOMAS P. SCRIVO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THOMAS P. KAVANAGH** represented by **THOMAS P. SCRIVO**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FERNANDO GARIP, JR.** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KAREN SASSO** represented by **CHRISTINE GILLEN**
DIKTAS GILLEN, P.C.
596 ANDERSON AVENUE
SUITE 301
P.O. Box 2199
CLIFFSIDE PARK, NJ 07010
(201) 943-8020
Fax: 201-943-8838
Email: cgillen@weblawnj.net

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JORGE E. MENESES** represented by **CHRISTINE GILLEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MARLIN G. TOWNES** represented by **CHRISTINE GILLEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL R. MELFI** represented by **CHRISTINE GILLEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MICHAEL GUERRA** represented by **LAURA S. KIRSCH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HOWARD HURWITZ** represented by **LAURA S. KIRSCH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOHN CARROLL** represented by **LAURA S. KIRSCH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HUMBERTO GOEZ** represented by **LAURA S. KIRSCH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**FRANCISCO RODRIGUEZ** represented by **LAURA S. KIRSCH**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOEL THORNTON** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**CHARLES P. MC AULIFFE** represented by **CHRISTINE GILLEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOANNE COLON** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM OSINSKY** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**THEODORE MALIN** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROMAN KAMINSKY** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DEWEY ALEEM** represented by **ROBERT BRUCE WOODRUFF**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2013 | 1 | NOTICE OF REMOVAL by CITY OF HACKENSACK, MAYOR & COUNCIL OF THE CITY OF HACKENSACK from Superio Court of Bergen County, case number BER-L-04964-13. ( Filing and Admin fee $ 400 receipt number 5138528), filed by CITY OF HACKENSACK, MAYOR & COUNCIL OF THE CITY OF HACKENSACK. (Attachments: # 1 Certificate of Service, # 2 Civil Cover Sheet)(dr, ) (Entered: 07/29/2013) |
| 07/30/2013 | 2 | NOTICE of Appearance by JOSEPH M. MORRIS on behalf of CITY OF HACKENSACK, MAYOR & COUNCIL OF THE CITY OF HACKENSACK (MORRIS, JOSEPH) (Entered: 07/30/2013) |
| 07/30/2013 | 3 | Application and Proposed Order for Clerk's Order to extend time to answer as to City of Hackensack and Mayor and Council of the City of Hackensack.. (MORRIS, JOSEPH) (Entered: 07/30/2013) |
| 07/30/2013 | | Clerk`s Text Order - The document 3 Application for Clerk's Order to Ext Answer/Proposed Order submitted by CITY OF HACKENSACK, MAYOR & COUNCIL OF THE CITY OF HACKENSACK has been GRANTED. The answer due date has been set for 8/16/13. (gmd, ) (Entered: 07/30/2013) |

| | | |
|---|---|---|
| 07/30/2013 | 4 | NOTICE of Appearance by LAURA S. KIRSCH on behalf of JOHN CARROLL, HUMBERTO GOEZ, MICHAEL GUERRA, HOWARD HURWITZ, FRANCISCO RODRIGUEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK (KIRSCH, LAURA) (Entered: 07/30/2013) |
| 07/30/2013 | 5 | MOTION for Extension of Time to File Answer by JOHN CARROLL, HUMBERTO GOEZ, MICHAEL GUERRA, HOWARD HURWITZ, FRANCISCO RODRIGUEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK. (KIRSCH, LAURA) (Entered: 07/30/2013) |
| 07/30/2013 | 6 | Certification on behalf of JOHN CARROLL, HUMBERTO GOEZ, MICHAEL GUERRA, HOWARD HURWITZ, FRANCISCO RODRIGUEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK Re 4 Notice of Appearance, 5 Motion for Extension of Time to File Answer. (KIRSCH, LAURA) (Entered: 07/30/2013) |
| 07/30/2013 | | Clerk`s Text Order - The document 5 MOTION for Extension of Time to File Answer filed by ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK, MICHAEL GUERRA, JOHN CARROLL, FRANCISCO RODRIGUEZ, HUMBERTO GOEZ, HOWARD HURWITZ submitted by FRANCISCO RODRIGUEZ, HUMBERTO GOEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK, HOWARD HURWITZ, KAREN SASSO, JOHN CARROLL, MICHAEL GUERRA has been GRANTED. The answer due date has been set for 8/16/2013. (nr, ) (Entered: 07/30/2013) |
| 08/16/2013 | 7 | ANSWER to Complaint with JURY DEMAND by CITY OF HACKENSACK, THOMAS P. KAVANAGH, STEPHEN LO IACONO, MAYOR & COUNCIL OF THE CITY OF HACKENSACK, JOSEPH MELLONE.(SCRIVO, THOMAS) (Entered: 08/16/2013) |
| 08/16/2013 | 8 | Corporate Disclosure Statement by CITY OF HACKENSACK, THOMAS P. KAVANAGH, STEPHEN LO IACONO, MAYOR & COUNCIL OF THE CITY OF HACKENSACK, JOSEPH MELLONE. (SCRIVO, THOMAS) (Entered: 08/16/2013) |
| 08/16/2013 | 9 | ANSWER to Complaint by JOHN CARROLL, HUMBERTO GOEZ, MICHAEL GUERRA, HOWARD HURWITZ, FRANCISCO RODRIGUEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK.(KIRSCH, LAURA) (Entered: 08/16/2013) |
| 08/16/2013 | 10 | Corporate Disclosure Statement by JOHN CARROLL, HUMBERTO GOEZ, MICHAEL GUERRA, HOWARD HURWITZ, FRANCISCO RODRIGUEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK. (KIRSCH, LAURA) (Entered: 08/16/2013) |
| 08/20/2013 | 11 | MOTION to Remand by MICHAEL J. MONAGHAN. (Attachments: # 1 Text of Proposed Order Proposed order)(DICKSON, PETER) (Entered: 08/20/2013) |
| 08/20/2013 | | Set Deadlines as to 11 MOTION to Remand . Motion set for 9/16/2013 before Judge Esther Salas. The motion will be decided on the papers. No appearances required unless notified by the court. (DD, ) (Entered: 08/20/2013) |
| 08/22/2013 | 12 | Rule 7.1(d)(5) Letter for an automatic extension of the return date of a dispositive motion filed by CITY OF HACKENSACK, THOMAS P. KAVANAGH, STEPHEN LO IACONO, MAYOR & COUNCIL OF THE CITY OF HACKENSACK, JOSEPH MELLONE re 11 MOTION to Remand (MORRIS, JOSEPH) (Entered: 08/22/2013) |
| 09/13/2013 | | Case Reassigned to Magistrate Judge Joseph A. Dickson. Magistrate Judge Steven C. Mannion no longer assigned to the case. (dc, ) (Entered: 09/13/2013) |
| 09/13/2013 | 13 | ANSWER to Complaint with JURY DEMAND by CHARLES P. MC AULIFFE, MICHAEL R. MELFI, JORGE E. MENESES, KAREN SASSO, MARLIN G. TOWNES.(GILLEN, CHRISTINE) (Entered: 09/13/2013) |
| 09/20/2013 | 14 | NOTICE of Appearance by THOMAS B. HANRAHAN on behalf of JOHN ZISA, JOSEPH ZISA, KENNETH ZISA (HANRAHAN, THOMAS) (Entered: 09/20/2013) |
| 09/20/2013 | 15 | *Defendants'* ANSWER to Complaint with JURY DEMAND by DEWEY ALEEM, JOANNE COLON, FERNANDO GARIP, JR, ROMAN KAMINSKY, THEODORE MALIN, WILLIAM OSINSKY, |

| | | |
|---|---|---|
| | | PLANNING BOARD OF THE CITY OF HACKENSACK, JOEL THORNTON.(WOODRUFF, ROBERT) (Entered: 09/20/2013) |
| 09/23/2013 | 16 | NOTICE by JOHN CARROLL, HUMBERTO GOEZ, MICHAEL GUERRA, HOWARD HURWITZ, FRANCISCO RODRIGUEZ, ZONING BOARD OF ADJUSTMENT OF THE CITY OF HACKENSACK (KIRSCH, LAURA) (Entered: 09/23/2013) |
| 09/23/2013 | 17 | NOTICE by DEWEY ALEEM, JOANNE COLON, FERNANDO GARIP, JR, ROMAN KAMINSKY, THEODORE MALIN, WILLIAM OSINSKY, PLANNING BOARD OF THE CITY OF HACKENSACK, JOEL THORNTON (WOODRUFF, ROBERT) (Entered: 09/23/2013) |
| 09/23/2013 | 18 | NOTICE by CHARLES P. MC AULIFFE, MICHAEL R. MELFI, JORGE E. MENESES, KAREN SASSO, MARLIN G. TOWNES *of Joinder to Removal* (Attachments: # 1 Certificate of Service) (GILLEN, CHRISTINE) (Entered: 09/23/2013) |
| 09/23/2013 | 19 | ANSWER to Complaint by JOHN ZISA, JOSEPH ZISA, KENNETH ZISA.(HANRAHAN, THOMAS) (Entered: 09/23/2013) |
| 09/23/2013 | 20 | NOTICE by JOHN ZISA, JOSEPH ZISA, KENNETH ZISA *of Joinder to Removal* (HANRAHAN, THOMAS) (Entered: 09/23/2013) |
| 09/23/2013 | 21 | NOTICE by THOMAS P. KAVANAGH, STEPHEN LO IACONO, JOSEPH MELLONE *Notice of Joinder in Removal* (MORRIS, JOSEPH) (Entered: 09/23/2013) |
| 09/23/2013 | 22 | BRIEF in Opposition filed by CITY OF HACKENSACK, MAYOR & COUNCIL OF THE CITY OF HACKENSACK re 11 MOTION to Remand (MORRIS, JOSEPH) (Entered: 09/23/2013) |
| 09/24/2013 | | CLERK'S QUALITY CONTROL MESSAGE - The (BRIEF IN OPPOSITION TO MOTION - Doc. #22) submitted by (J. MORRIS) on (9/23/13) contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE DOCUMENT WITH A PROPER ELECTRONIC SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (DD, ) (Entered: 09/24/2013) |
| 09/24/2013 | 23 | BRIEF in Opposition filed by CITY OF HACKENSACK, MAYOR & COUNCIL OF THE CITY OF HACKENSACK re 11 MOTION to Remand (SCRIVO, THOMAS) (Entered: 09/24/2013) |
| 09/30/2013 | 24 | REPLY BRIEF to Opposition to Motion filed by MICHAEL J. MONAGHAN re 11 MOTION to Remand (DICKSON, PETER) (Entered: 09/30/2013) |
| 11/15/2013 | 25 | REPORT AND RECOMMENDATIONS re 11 MOTION to Remand filed by MICHAEL J. MONAGHAN Objections, if any, to R&R due by 12/2/2013. Signed by Magistrate Judge Joseph A. Dickson on 11/15/13. (DD, ) (Entered: 11/15/2013) |
| 12/02/2013 | 26 | APPEAL OF MAGISTRATE JUDGE DECISION to District Court by 59-61 MOORE STREET, LLC, 62-64 MAIN STREET, LLC, DANNY CALLAHAN, FRANK CALLAHAN, MICHAEL J. MONAGHAN (Attachments: # 1 Appendix Recommended Decision)(DICKSON, PETER) (Entered: 12/02/2013) |
| 12/06/2013 | 27 | Letter from Thomas P. Scrivo re 25 REPORT AND RECOMMENDATIONS re 11 MOTION to Remand filed by MICHAEL J. MONAGHAN. (SCRIVO, THOMAS) (Entered: 12/06/2013) |
| 12/06/2013 | 28 | Letter from Plaintiffs. (DICKSON, PETER) (Entered: 12/06/2013) |
| 12/12/2013 | 29 | ORDER extending time for the removing defts to file a Response to plfs' Objections to the Report & Recommendation until 12/18/13. Signed by Judge Esther Salas on 12/11/13. (sr, ) (Entered: 12/12/2013) |
| 12/13/2013 | 30 | RESPONSE re 25 REPORT AND RECOMMENDATIONS re 11 MOTION to Remand filed by MICHAEL J. MONAGHAN. (SCRIVO, THOMAS) (Entered: 12/13/2013) |

| | | |
|---|---|---|
| 01/09/2014 | 31 | MEMORANDUM OPINION/ORDER ADOPTING REPORT AND RECOMMENDATIONS for 11 Motion to Remand to Superior Court of NJ, Bergen County filed by MICHAEL J. MONAGHAN, 25 Report and Recommendations; that Plaintiffs request for attorneys fees and costs is DENIED; ***CIVIL CASE TERMINATED. Signed by Judge Esther Salas on 1/9/14. (DD, ) (Entered: 01/09/2014) |
| 01/10/2014 | 32 | "Transmittal ltr. of Remand to the SUPERIOR COURT OF BERGEN COUNTY w/certified copy of Order & Docket Entries" (DD, ) (Entered: 01/10/2014) |


| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 08/28/2026 13:42:01 | | | |
| **PACER Login:** | Scirilli | **Client Code:** | 099999/0999/smc |
| **Description:** | Docket Report | **Search Criteria:** | 2:13-cv-04544-ES-JAD Start date: 1/1/1980 End date: 8/28/2026 |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |